IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **VENUS EDWARDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv238-MHT |
| ) | (WO) |
| **ALABAMA DEPARTMENT OF** ) | |
| **TRANSPORTATION,** ) | |
| ) | |
| Defendant. ) | |

## OPINION

Plaintiff filed this lawsuit asserting that defendant violated Title VII of the Civil Rights Act of 1964 by failing to hire her, failing to promote her, and retaliating against her based on her race, color, and gender/sex in the mid-1990s. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss be granted and that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of October, 2020.

                            /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**