IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **VENUS EDWARDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv238-MHT |
| | ) | (WO) |
| **ALABAMA DEPARTMENT OF TRANSPORTATION,** | ) ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 27) is adopted.

(2) Defendant's motion to dismiss (doc. no. 22) is granted.

(3) This lawsuit is dismissed under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted.

It is further ORDERED that costs are taxed against

plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of October, 2020.

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**